**MORGAN MELHUISH ABRUTYN**
651 W. Mt. Pleasant Avenue
Suite 200
Livingston, N.J. 07039
Tel:     (973) 994-2500
Fax:    (973) 994-3375
E-mail: SEapen@morganlawfirm.com
Counsel for Defendant, Greenlight Auto Protection, LLC
Our File No.:  GMF 35-062 U EA/SME

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| RICHARD M. ZELMA,<br><br>            Plaintiff,<br><br>-vs-<br><br>ENTERPRISE FINANCIAL GROUP, INC., GREENLIGHT AUTO PROTECTION, LLC, DOES' (1-5) and ABC CORPORATIONS' (1-5), each acting individually, in concert or as a group, | Civil Action No.: 2:15-cv-03808-WHW-CLW<br><br>**E-FILED** |

## DISCLOSURE STATEMENT

The undersigned counsel for:    Greenlight Auto Protection, LLC
certifies that this party is a non-governmental corporate party and that:

☐   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock are listed here:

### OR

☒   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

{01040087}                                                             1

| | |
|---|---|
| s/Shaji Eapen | Morgan Melhuish Abrutyn |
| Shaji M. Eapen, Esq. | 651 W. Mt. Pleasant Avenue |
| June 9, 2015 | Livingston, N.J. 07039 |