**MMA** | Morgan Melhuish Abrutyn
Attorneys At Law

**Shaji M. Eapen**
Partner
Admitted in NJ and NY

651 West Mount Pleasant Avenue
Suite 200
Livingston, NJ 07039
T: 973.863.7623  F: 973.994.3375
E: seapen@morganlawfirm.com

June 25, 2015

**VIA ECF AND LAWYERS SERVICE**
Honorable Cathy Waldor, U.S.M.J.
United States District Court, District of New Jersey Newark
M.L. King Jr. Federal Building & Courthouse
Room 4040
50 Walnut Street
Newark, NJ 07102

    Re:    **RICHARD ZELMA v. ENTERPRISE FINANCIAL GROUP, ET AL.**
            Civil Action No.: 2:15-cv-03808-WHW-CLW
            Our File No.:  GMF 35-062 U EA/SME

Dear Judge Waldor:

This office represents Defendant Greenlight Auto Protection, LLC in the above-referenced matter. Currently, the deadline for the defendants to respond to Plaintiff's Complaint is June 29, 2015. With consent of the *Pro Se* Plaintiff, Richard Zelma, I am writing to advise the Court that the parties have reached a settlement in principal as to the entire matter.

Honorable Cathy Waldor, U.S.M.J.
June 25, 2015
Page 2

The parties expect to finalize the settlement paperwork in the next thirty (30) days, at which time the parties will file a Stipulation of Dismissal with Prejudice.

Should there be any questions or concerns, please have a member of Your Honor's staff contact my office to discuss the matter.

                                           Respectfully submitted,

                                           /s/ Shaji M. Eapen
                                           SHAJI M. EAPEN

SME/ldd
cc:    Richard M. Zelma (via e-mail, regular and certified mail, r.r.r.)
       Michael R. McDonald, Esq. (via ECF)
       Jeffrey A. Palumbo, Esq. (via ECF)

{01045681}